```
JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>Arthur Carlotti, aka<br>Arthur C. Carlotti, Jr.,<br><br>        Defendant | No. CV 11- **8633**<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Arthur Carlotti, aka Arthur C. Carlotti, Jr., in the principal amount of $1,922.73 plus interest accrued to September 15, 2011, in the sum of $3,774.53; with interest accruing thereafter at the daily rate of $0.30 until entry of judgment, administration costs in the amount of $21.45, for a total amount of $**5,718.71**.

DATED: 11/15/2011          By:      Terry Nafisi
                                 Clerk of the Court
                                       A. Martinez
                                    Deputy Clerk
                             United States District Court

Page 5